# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH DAVID BENNETT,
Appellant,

vs.

MINDEE FAUGHT BENNETT,
Respondent.

No. 80918

**FILED**

JUL 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT

BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from January 31 and March 11, 2020, post-divorce-decree orders. Appellant has filed a motion seeking to voluntarily dismiss this appeal, explaining that he has already filed a notice of appeal from the January 31 order, which is docketed under Docket No. 80755-COA, and he merely filed an amended notice of appeal to identify the March 11 order for jurisdictional purposes, not intending to commence an entirely different appeal. Appellant's motion is granted, and this appeal is dismissed.[1] The parties shall bear their own fees and costs. NRAP 42(b).

It is so ORDERED.

_Pickering_ , C.J.

cc: Hon. Vincent Ochoa, District Judge
Blackmon Law Group
Mindee Faught Bennett
Eighth District Court Clerk

---

[1]The March 11, 2020, order, does not appear independently appealable, as it solely concerns contempt. _See Vaile v. Vaile_, 133 Nev. 213, 217, 396 P.3d 791, 794 (2017). In light of this order, appellant's motion to consolidate the two appeals is denied.

20-26003